| AO 10 Rev. 1/2008 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2008 | *Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)* |

| 1. Person Reporting (last name, first, middle initial)  Thompson , Myron H. | 2. Court or Organization  USD/MD/Alabama | 3. Date of Report  05/14/2009 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)  US District Judge - active | 5a. Report Type (check appropriate type)  ☐ Nomination, Date  ☐ Initial  ☑ Annual  ☐ Final  5b. ☐ Amended Report | 6. Reporting Period  01/01/2008 to 12/31/2008 |
| 7. Chambers or Office Address  One Church Street P. O. Box 235 Montgomery, AL 36101 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.  Reviewing Officer_____ Date_____ | |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Member | Judicial Advisory Board of the George Mason Law & Economics Center |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

RECEIVED 2009 MAY 15 A 10: 42 FINANCIAL DISCLOSURE OFFICE

| Name of Person Reporting | Date of Report |
|---|---|
| Thompson , Myron H. | 05/14/2009 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS – *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. St. Louis University School of Law | 02/24/2008 to 02/26/08 | St. Louis, Missouri | Speech | Food, lodging, and transportation |
| 2. University of Alabama School of Law | 02/27/08 to 02/27/08 | Tuscaloosa, Alabama | Speech | Food, lodging, and transportation |
| 3. Stanford Law School | 02/29/08 to 03/01/08 | Palo Alto, California | Speech | Food, lodging, and transportation |
| 4. New York University Law School | 04/04/08 to 04/05/08 | New York City, New York | Committee Meeting | Food, lodging, and transportation |
| 5. Yale Law School | 04/05/08 to 04/06/08 | New Haven, Connecticut | Speech | Food, lodging, and transportation |
| 6. Liberty Fund | 09/11/08 to 09/14/08 | San Diego, California | Educational Program | Food, lodging, and transportation |

| Name of Person Reporting | Date of Report |
|---|---|
| Thompson , Myron H. | 05/14/2009 |

| 7. Federal Bar Association | 09/18/08 to 09/21/08 | Huntsville, Alabama | Speech | Food, lodging, and transportation |
|---|---|---|---|---|
| 8. Columbia Univ. Law School | 11/04/08 to 11/06/08 | New York, New York | Educational Program | Food, lodging, and transportation |
| 9. Harvard Law School | 11/21/08 to 11/22/08 | Boston, MA | Educational Program | Food, lodging, and transportation |

| Name of Person Reporting | Date of Report |
|---|---|
| Thompson , Myron H. | 05/14/2009 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

[✓] NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

[✓] NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Thompson , Myron H. | 05/14/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. House site at Martin Dam, Elmore County, AL | | None | L | W | | | | | |
| 2. Morgan Stanley Dean Witter (IRAs) (filer) Liquid Asset Fund | A | Interest | J | T | | | | | |
| 3. "": Williams Co. Inc. | A | Dividend | | | Sold | 10/07 | J | | |
| 4. ::: China Yuchai Int'l | A | Dividend | J | T | Sold (part) | 05/12 | J | | |
| 5. "":United Health | | None | | | Sold | 06/19 | J | | |
| 6. "":Xstrata PLC | A | Dividend | | | Sold | 10/06 | J | | |
| 7. "":3M Company | A | Dividend | | | Sold | 08/04 | J | | |
| 8. "": Dover Corp | A | Dividend | | | Sold | 06/16 | J | | |
| 9. "": Ishares MSCI Brazil | A | Dividend | | | Sold | 07/01 | J | | |
| 10. "": Mattel Inc. | A | Dividend | | | Sold | 08/08 | J | | |
| 11. "": McDonalds Corp | A | Dividend | | | Sold | 10/07 | J | | |
| 12. "": Oracle Corp | A | Dividend | | | Sold | 10/07 | J | | |
| 13. "":Petroleo Bras SA | A | Dividend | | | Sold | 09/09 | J | | |
| 14. "":Polo Ralph Lauren | A | Dividend | | | Sold | 08/19 | J | | |
| 15. "":Proctor & Gamble | A | Dividend | J | T | Sold (part) | 10/07 | J | | |
| 16. "": SPDR S&P | A | Dividend | | | Sold | 10/07 | J | | |
| 17. "":Wisdom Tree | A | Dividend | | | Sold | 10/07 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Thompson , Myron H. | 05/14/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ · NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. "": AT&T | | None | J | T | Buy | 10/13 | J | | |
| 19. "": Chesapeake Energy | | None | J | T | Buy | 10/14 | J | | |
| 20. "": Pfizer | A | Dividend | J | T | Buy | 08/08 | J | | |
| 21. "":Tenaris | A | Dividend | J | T | Buy | 03/20 | J | | |
| 22. "": Valero | | None | J | T | Buy | 10/20 | J | | |
| 23. "":Nokia | | None | J | T | Buy | 09/19 | J | | |
| 24. "":Morgan Stanley Dean Witter (IRAs (spouse) Liquid Asset Fu | A | Interest | J | T | | | | | |
| 25. "": India Fund Inc. | A | Dividend | | | Sold | 09/15 | J | | |
| 26. "": Ishares MSCI Brazil | A | Dividend | | | Sold | 10/23 | J | | |
| 27. "": Blackrock GBL & GLBL | A | Dividend | J | T | Sold (part) | 10/06 | J | | |
| 28. "": Templeton Dragon | A | Dividend | J | T | Sold (part) | 10/06 | J | | |
| 29. "":Wisdom Tree | A | Dividend | J | T | Sold (part) | 10/06 | J | | |
| 30. "": AT&T | | None | J | T | Buy | 10/13 | J | | |
| 31. "": Chesapeake Energy | | None | J | T | Buy | 10/14 | J | | |
| 32. "": Powershares | | None | J | T | Buy | 02/25 | J | | |
| 33. "":Morgan Stanley Dean Witter (Edu. IRA) (d) Liquid Asset | A | Interest | J | T | | | | | |
| 34. "":Asia Pacific | A | Dividend | | | Sold | 07/21 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Thompson , Myron H. | 05/14/2009 |

## VII. INVESTMENTS and TRUSTS _– income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)_

☐ NONE *(No reportable income, assets, or transactions.)*

| A.<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B.<br>Income during<br>reporting period | | C.<br>Gross value at end of<br>reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e.g.,<br>div., rent,<br>or int.) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e.g.,<br>buy, sell,<br>redemption) | (2)<br>Date<br>Month -<br>Day | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 35. "": Style Select MSCI Japan | A | Dividend | | | Sold | 10/22 | J | | |
| 36. "": Morgan Stanley Dean Witter (Ed. IRA) (d) Liquid Asset Fu | A | Interest | J | T | | | | | |
| 37. "": Asia Pacific | A | Dividend | | | Sold | 07/21 | J | | |
| 38. "": Style Select MSCI Japan | A | Dividend | | | Sold | 10/23 | J | | |
| 39. "":Morgan Stanley Dean Witter (filer): Liquid Asset Fund | A | Interest | J | T | | | | | |
| 40. "": Blackrock GBL & GLBL | A | Dividend | J | T | Sold (part) | 10/06 | J | | |
| 41. "": Ishares MSCI Brazil | A | Dividend | | | Sold | 07/03 | J | | |
| 42. "": Ishares S&P GLBL Health | A | Dividend | J | T | Sold (part) | 10/09 | J | | |
| 43. "": Wisdom Tree | A | Dividend | J | T | Sold (part) | 10/09 | J | | |
| 44. "": Ishares S&P Latin Am. | A | Dividend | J | T | Sold (part) | 10/16 | J | | |
| 45. "": Templeton Dragon | A | Dividend | J | T | Sold (part) | 10/09 | J | | |
| 46. "": AT&T | | None | J | T | Buy | 10/13 | J | | |
| 47. "": Chesapeake Energy | | None | J | T | Buy | 10/14 | J | | |
| 48. "": Morgan Stanley Dean Witter (filer): Liquid Asset Fund | A | Interest | J | T | | | | | |
| 49. "": Microsoft | A | Dividend | | | Sold | 05/19 | J | | |
| 50. "": Ishares MSCI Taiwan Index | | None | | | Sold | 10/28 | J | | |
| 51. Regions Bank (savings) (filer) | A | Interest | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Thompson , Myron H. | 05/14/2009 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signatu

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544